**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>          Plaintiff(s),<br><br>  vs.<br><br>BUTLER ELECTRIC, INC.,<br><br>          Defendant(s). | CASE NO. CV 09-01675-RGK (MANx)<br><br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the February 6, 2009 Chapter 7 Bankruptcy Case filed by Butler Electric, Inc.,  the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said  proceedings and/or further order of this Court.  Counsel are to properly motion  this Court should they desire this matter placed back on active status. All ordered dates are hereby vacated.


**IT IS SO ORDERED.**


DATED: April 29, 2009

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**